

| Debtor: **Marta Leone Barreras** | Case No.: **10-03781** |
|---|---|
| Joint Debtor: | Chapter **7** |

### ORDER DISMISSING CASE WITH 180-DAY BAR
### TO REFILING, FOR FAILURE TO FILE REQUIRED DOCUMENTS

The following documents have not been filed with the court:

- ☑ Summary of Schedules / Statistical Summary of Certain Liabilities and Related Data
- ☑ Statement of Current Monthly Income (Form B22A, B22B, or B22C)
- ☑ One or more of Schedules "A" – "J"
- ☑ Statement of Financial Affairs
- ☐ Certificate of Credit Counseling
- ☐ Chapter 13 Plan
- ☐ Other:

The Debtor(s) being in violation of this court's Order to Satisfy Petition Filing Requirements and Notice of Intent to Dismiss Case Pursuant to 11 U.S.C. § 109(g)(1),

IT IS HEREBY ORDERED that this case is DISMISSED for willful failure to comply with a court order.

IT IS FURTHER ORDERED:

1. The Debtor(s) may not file, and the clerk may reject for filing, a petition to commence a subsequent case in the name of the Debtor(s) for 180 days after the date of entry of this order. In the event that a petition is accepted for filing in violation of this order, the case shall be dismissed as soon as practicable without further notice and any stay imposed under the Bankruptcy Code may be annulled as of the date of filing of the petition without further notice.

2. Any stay imposed under 11 U.S.C. § 362, 1201, or 1301 in this case is VACATED.

3. Any Order for Employer to Pay Funds to Trustee is VACATED.

4. Any unpaid filing fee or portion thereof remains due.  $199 due.



/s/ Robert J. Faris
**United States Bankruptcy Judge**
Dated: 01/04/2011

Hib_1017-521    8/07